FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 15 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No: 10-cv-00828 WJM

TROY MARTINEZ,

    Applicant,

vs.

ANGEL MEDINA, Warden (LCF), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated this 14th day of May, 2011.

BY THE COURT:

William J. Martínez
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00828 WJM

Adams County District Court
Adams County Justice Center
1100 Judicial Center Dr.
Brighton, CO 80601

Troy Martinez
# 89851
Limon Correctional Facility(LCF)
49030 State Highway 71
Limon, CO 80826

Clemmie Parker Engle - Colorado Attorney General's Office-Criminal Enforce-App
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  5/15/2012  .

                          GREGORY C. LANGHAM, CLERK

                          By: s/ D. Berardi
                                Deputy Clerk